UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO.: 9:24-cv-80099-DMM

HOWARD COHAN,

    Plaintiff,

vs.

GIO PIZZERIA BOCA, LLC,
a Florida Limited Liability Company,
d/b/a NICK'S NEW HAVEN STYLE
PIZZERIA & BAR

    Defendant.

_____/

## PLAINTIFF'S MOTION FOR VOLUNTARILY DISMISSAL WITHOUT PREJUDICE PURSUANT TO RULE 41 OF THE FEDERAL RULES OF CIVIL PROCEDURE

Plaintiff, HOWARD COHAN, by and through respective counsel, hereby moves this Honorable Court for an Order granting the dismissal **without** prejudice of this case and in support thereof alleges as follows:

## FACTS

Plaintiff filed this action seeking the removal of barriers to access for disabled persons on Defendant's property that he encountered on December 21, 2023. Counsel for Defendant filed a Motion to Withdraw as Counsel on April 24, 2024 [D.E.11] and again on April 26, 2024 [D.E.13]. The Court granted the Motion on May 2, 2024 [D.E.16] with a deadline for Defendant to find new counsel no later than May 22, 2024. Defendant has failed to file a status report or Notice of Appearance as of May 30, 2024. Additionally, Plaintiff has learned that Defendant's property has permanently closed. Notwithstanding, Plaintiff has decided to move this Court for voluntary dismissal of complaint and in the event the Premises reopens in the future will refile to force

Defendant to further comply with the Americans with Disabilities Act. As such, Plaintiff requests the court grant this Motion for Voluntary Dismissal WITHOUT Prejudice.

## MEMORANDUM OF LAW

Rule 41(a)(2) of the Federal Rules of Civil Procedure states as follows: Except as provided in Rule 41(a)(1), an action may be dismissed at the plaintiff's request only by court order, on terms that the court considers proper [...]Unless the order states otherwise, a dismissal under this paragraph is without prejudice. Here, Plaintiff requests that the dismissal be WITHOUT prejudice given Defendant has not retained counsel and given that Defendant's premises is closed

Plaintiff moves this Court for voluntary dismissal with prejudices and given Defendant does not have counsel and has closed, Plaintiff cannot confer with Defendant regarding same.

Voluntary dismissal pursuant to Rule 41(a)(1)(A)(i) is a right that a plaintiff has and a court has "no power or discretion to deny plaintiffs' right to dismiss or attach any condition or burden to that right," including payment of attorneys' fees. *Williams v. Ezell*, 531 F.2d 1261, 1263–64 (5th Cir.1976); *Harris v. Captiva Condos., LLC*, No. 6:08–cv–210–Orl–28KRS, 2008 WL 4911237, at *2 (M.D.Fla. Nov. 14, 2008) ("Under Buckhannon and its progeny, a voluntary dismissal pursuant to Rule 41(a)(1) does not create a prevailing party because it did not require judicial approval, and thus the judicial imprimatur requirement is not met."); *DeShiro v. Branch*, 183 F.R.D. 281, 286 (M.D.Fla.1998) (voluntary dismissal pursuant to Rule 41(a)(1) does not confer prevailing party status upon a defendant and does not permit an award of attorneys' fees).

A notice of dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1) does not constitute relief from the court on the merits of a claim or a judicial imprimatur altering the legal relationship between the parties such that any party may claim "prevailing party" status for the purpose of an award of costs or attorneys' fees. *See* Fed.R.Civ.P. 41(a)(1); *Buckhannon Bd. & Care*

*Home, Inc.*, 532 U.S. at 603, 605; *Cadkin v. Loose*, 569 F.3d 1142, 1149-50 (9th Cir.2009) (voluntary dismissal pursuant to Rule 41(a)(1)(A)(i) does not confer prevailing party status upon a defendant and involves no judicial imprimatur altering the legal relationship between the parties); *RFR Indus., Inc. v. Century Steps, Inc.*, 477 F.3d 1348, 1353 (Fed.Cir.2007) (voluntary dismissal pursuant to Rule 41(a)(1)(A)(i) does not confer prevailing party status upon a defendant and involves no judicially sanctioned change in the relationship between the parties); *Smalbein*, 353 F.3d at 905.

WHEREFORE, Plaintiff hereto request this Court enter the attached Order allowing for the voluntary dismissal of the case without prejudice with the parties bearing their own costs and attorney's fees.

## CERTIFICATE OF GOOD FAITH CONFERENCE

Counsel for the Plaintiff in unable to confer with Defendant regarding the relief sought by this motion.

**Sconzo Law Office, P.A.**
3825 PGA Boulevard, Suite 207
Palm Beach Gardens, FL 33410
Telephone: (561) 729-0940
Facsimile: (561) 491-9459

By: **/s/ Gregory S. Sconzo**
GREGORY S. SCONZO, ESQUIRE
Florida Bar No.: 0105553
SAMANTHA L. SIMPSON, ESQUIRE
Florida Bar No.: 1010423
**Primary Email:** greg@sconzolawoffice.com
**Primary Email:** samantha@sconzolawoffice.com
**Alternate Email:** perri@sconzolawoffice.com

<u>**CERTIFICATE OF SERVICE**</u>

I HEREBY CERTIFY that on May 30, 2024, I electronically filed the foregoing document

with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being

served this day on Defendant's Registered Agent via USPS at:

GIO PIZZERIA BOCA, LLC
c/o ARMOUR, ALAN
3001 PGA BLVD
SUITE 305
PALM BEACH GARDENS, FL 33410

　　　　　　　　　　　　　　　　　　　**/s/ Gregory S. Sconzo**
　　　　　　　　　　　　　　　　　　　**Gregory S. Sconzo, Esq.**