**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No. 24-CV-80099-MIDDLEBROOKS

HOWARD COHAN,

      Plaintiff,

v.

GIO PIZZERIA BOCA, LLC,
*a Florida Limited Liability*
*Company*, d/b/a Nick's New Haven
Style Pizzeria & Bar,

      Defendant.

_____/

## ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO VOLUNTARILY DISMISS COMPLAINT

THIS CAUSE comes before the Court upon Plaintiff Howard Cohan's Motion for Voluntary Dismissal Without Prejudice, filed on May 30, 2024. (DE 18). For the following reasons, I am going to grant the Motion.

Plaintiff filed this ADA action against Defendant on January 26, 2024. (DE 1). Defendant filed its Answer on March 12, 2024. (DE 10). On May 2, 2024, I granted Defendant's counsel's motion to withdraw as an attorney. (DE 16). In that order, I provided a deadline of May 22, 2024, for Defendant to obtain new counsel. (DE 16). It never did so. Now, Plaintiff seeks to dismiss his complaint without prejudice under Rule 41(a)(2) of the Federal Rules of Civil Procedure. Plaintiff represents that he is unable to confer with the corporate Defendant because it has failed to retain new counsel and, when Plaintiff visited the Defendant restaurant, it was permanently closed.

Pursuant to Fed. R. Civ. P. 41, a plaintiff may voluntarily dismiss an action without a court order "by filing (i) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment; or (ii) a stipulation of dismissal signed by all parties who appeared." Fed. R. Civ. P. 41(a)(1). Otherwise, "an action may be dismissed at the plaintiff's request only by court order, on terms

that the court considers proper." Fed. R. Civ. P. 41(a)(2).  In light of the representations made by Plaintiff within the Motion, and due to Defendant's failure to obtain new counsel by the Court-ordered deadline, I will grant Plaintiff's Motion.

Accordingly, it is **ORDERED AND ADJUDGED** that:

1) Plaintiff's Motion (DE 18) to dismiss his Complaint is **GRANTED.**

2) This Case is **DISMISSED WITHOUT PREJUDICE.**

3) The Clerk of Court **SHALL CLOSE** this case.

4) All pending Motions are **DENIED AS MOOT**.

**SIGNED** in Chambers at West Palm Beach, Florida, this 31st day of May, 2024.

Donald M. Middlebrooks
United States District Judge

Copies to:        Counsel of Record

2